ERICA K. ROCUSH AZ Bar No. 021297
Erica.Rocush@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
Phoenix Plaza Tower II
2929 N. Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: (602) 385-1040
Facsimile: (602) 385-1051

JEFFREY S. RANEN, CA Bar No. 224285
Jeffrey.Ranen@lewisbrisbois.com
JACK E. JIMENEZ, CA Bar No. 251648
Jack.Jimenez@lewisbrisbois.com
(Admitted Pro Hac Vice)
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

DEREK S. SACHS, CA Bar No. 253990
Derek.Sachs@lewisbrisbois.com
(Admitted Pro Hac Vice)
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for GlobalTranz Enterprises, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Delnoce, Colin Russell, Brian Zimmerman, and Austin Edwards, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Globaltranz Enterprises, Inc., Andrew J. Leto and Jane Doe Leto, a married couple, Michael Leto and Jane Leto Ii, a married couple, and Marty Sinicrope and Jane Doe Sinicrope, a married couple,<br><br>Defendants. | No. 2:17-CV-01278-MHB<br><br>(The Honorable Michelle H. Burns)<br><br>**DECLARATION OF BENJAMIN BUCHANAN IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO MOTION FOR CONDITIONAL CERTIFICATION AND COURT-SUPERVISED NOTICE OF PENDING COLLECTIVE ACTION** |

4824-6643-6682.1

## DECLARATION OF BENJAMIN BUCHANAN

I, Benjamin Buchanan, declare as follows:

1. I have worked for Defendant GlobalTranz Enterprises, Inc. ("GlobalTranz") since July 2012. I started my career with GlobalTranz as a Carrier Representative. In April 2013, I was promoted to Training and Development Manager and in October 2013 transitioned to Senior Manager of Carrier Sales. I then moved into the Director of Truckload Operations position and shortly thereafter assumed my current position as Vice President of Truckload Operations. In this role, I am responsible for overseeing and managing the day-to-day sales and operations of the business.

2. I have personal knowledge of the facts set forth herein, and if called as a witness to testify thereto, I could competently and truthfully do so.

3. GlobalTranz specializes in freight management services, including Less-Than-Truckload ("LTL"), Full Truckload, Supply Chain Management, and Domestic Air/Expedited Shipping.

4. Carrier Representatives are part of teams that are separated by region and equipment type. Each team has a different supervisor and shift time for a particular team is left to the discretion of the team manager.

5. Carrier Representatives are provided with an hour of breaks each day, but are not required to clock in/out for their breaks.

6. Carrier Representatives are not required to work outside of the office or on their breaks.

7. A Carrier Representative's primary duties include managing the daily operation of full truckload shipments, including strategically matching, negotiating, and booking available equipment with available freight; reviewing current market trends; researching carriers; promoting GlobalTranz's services to carriers; negotiating shipping rates with the carrier; tracking shipments and solving problems associated with the shipments until delivered; communicating with Logistics Specialists, other departments, customers, and outside agents regarding supply and demand of truckload markets; and

4824-6643-6682.1

2

managing, maintaining, and growing carrier relationships to optimize operational efficiency and costs for the benefit of GlobalTranz and its customers.

8. As part of negotiating shipping rates with the carrier, the Carrier Representative is responsible for identifying the carriers' needs; knowing the shipping lane (movement of loads from shipper to consignee); understanding the commodity; evaluating the customer; and matching shipments. Since most of the negotiating between Carrier Representatives and carriers is done over the phone, the Carrier Representative must be able to quickly analyze the carriers' needs by determining, among other things, the number of trucks in the fleet, how many trucks need a shipment, the preferred lanes, market trends, and the frequency of the lanes. In addition, Carrier Representatives must know the route information by examining the load details (commodity, dimensions, pallet/piece count, accessorial fees, weight, cargo value, etc.); origin and destination; analyzing "standard" transit times; determining region of country (for weather issues, big events, etc.); determining pickup and delivery times; and shipper/consignee hours of operation.

9. Typically, a Carrier Representative attempts to negotiate with the carrier to move a truckload for a customer at the lowest possible cost. Carrier Representatives, however, can use their discretion and choose to book a load at a different cost depending on the quality of the carrier; the carrier's reputation for shipping within a particular lane; to distribute work across a variety of carriers in order to maintain and grow positive professional relationships; or where a carrier may be able to fulfill other needs, such as filling a backhaul lane, making the delivery in a timely manner.

10. Logistics Specialists are separated into teams, but cover all regions, modes of transportation, and equipment types. Each team has its own manager and shift time for a particular team is left to the discretion of the team manager.

11. A Logistics Specialists' primary duties include finding and building relationships with customers to determine what shipping options and services best meet their needs; quoting, negotiating pricing, and building shipments for customers, which requires, among other things, knowledge about the trucking industry, the particular

customer, and potential carriers; dispatching shipments to the carrier for customers that want to ship less than full truckloads; managing the movement of the customer's goods, ensuring that they are picked up, transported and delivered on time to meet or exceed the customer's expectations and requirements; and communicating with the Carrier Representatives and other departments to discuss, among other things, load options, load details, issues relating to credit/claims/billing/collections, tracking updates, and lost/damaged shipments.

12. As the Logistics Specialist builds a book of business, they spend less time finding customers and more time quoting, negotiating pricing, and building shipments; managing freight and customer's expectations; and interacting with the Carrier Representatives and other departments. Further, a Logistics Specialist with a larger full truckload book of business will spend more of their time servicing the customer.

13. Between 2014 and 2016, if a Logistics Specialist obtained a certain margin, they could utilize one or two other employees to assist with routine tasks, which provided the Logistics Specialist with more time to develop and manage relationships with their customers.

14. Logistics Specialists are provided with an hour of breaks each day, but are not required to clock in/out for their breaks.

15. Logistics Specialists are not required to work outside of the office or on their breaks.

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct and that this declaration was executed on June 20, 2017, at Scottsdale, Arizona.

_____
Benjamin Buchanan

# FEDERAL COURT PROOF OF SERVICE

Sean Delnoce v. GlobalTranz Enterprises - 34464-148 - Case No. 2:17-CV-01278-MHB

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 20, 2017, I served the following document(s): DECLARATION OF BENJAMIN BUCHANAN IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO MOTION FOR CONDITIONAL CERTIFICATION AND COURT-SUPERVISED NOTICE OF PENDING COLLECTIVE ACTION

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Clifford P. Bendau, II, Esq.                     Attorneys for Plaintiffs
Christopher J. Bendau, Esq.
THE BENDAU LAW FIRM PLLC
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fascimile: (602) 956-1409
Email: cliffordbendau@bendaulaw.com
       chris@bendaulaw.com

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 20, 2017, at Los Angeles, California.

*/s/ Geraldine Hughes*
Geraldine Hughes

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4824-6643-6682.1