1  ERICA K. ROCUSH AZ Bar No. 021297
   Erica.Rocush@lewisbrisbois.com
2  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   Phoenix Plaza Tower II
3  2929 N. Central Avenue, Suite 1700
   Phoenix, Arizona 85012-2761
4  Telephone: (602) 385-1040
   Facsimile: (602) 385-1051
5
   JEFFREY S. RANEN, CA Bar No. 224285
6  Jeffrey.Ranen@lewisbrisbois.com
   JACK E. JIMENEZ, CA Bar No. 251648
7  Jack.Jimenez@lewisbrisbois.com
   (Admitted Pro Hac Vice)
8  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   633 West 5th Street, Suite 4000
9  Los Angeles, California 90071
   Telephone: 213.250.1800
10 Facsimile: 213.250.7900

11 DEREK S. SACHS, CA Bar No. 253990
   Derek.Sachs@lewisbrisbois.com
12 (Admitted Pro Hac Vice)
   **LEWIS BRISBOIS BISGAARD & SMITH** LLP
13 2020 West El Camino Avenue, Suite 700
   Sacramento, California 95833
14 Telephone: 916.564.5400
   Facsimile: 916.564.5444
15
   Attorneys for GlobalTranz Enterprises, Inc.
16

17                UNITED STATES DISTRICT COURT

18                    DISTRICT OF ARIZONA

19 | Sean Delnoce, Colin Russell, Brian        No. 2:17-CV-01278-MHB
      Zimmerman, and Austin Edwards,
20    individually, and on behalf of all others   (The Honorable Michelle H. Burns)
      similarly situated,
21                                                **DECLARATION OF LISA ELOWSON
                  Plaintiffs,                     IN SUPPORT OF DEFENDANTS'
22                                                RESPONSE IN OPPOSITION TO
            vs.                                   MOTION FOR CONDITIONAL
23                                                CERTIFICATION AND COURT-
   Globaltranz Enterprises, Inc., Andrew J.       SUPERVISED NOTICE OF PENDING
24 Leto and Jane Doe Leto, a married couple,      COLLECTIVE ACTION**
   Michael Leto and Jane Leto Ii, a married
25 couple, and Marty Sinicrope and Jane Doe
   Sinicrope, a married couple,
26
                  Defendants.
27

28

LEWIS
BRISBOIS

4823-6714-9642.1

## DECLARATION OF LISA ELOWSON

I, Lisa Elowson, declare as follows:

1.      I am the Vice President of Human Resources for Defendant GlobalTranz Enterprises, Inc. ("GlobalTranz") and have held that position since July 18, 2016.  I have personal knowledge of the facts set forth herein, and if called as a witness to testify thereto, I could competently and truthfully do so.

2.      In my role as Vice President of Human Resources, among other things, I oversee the entire HR Department, this includes payroll, policies and procedures, regulatory compliance, recruitment, hiring, training, compensation, benefits, and terminations – essentially all aspects of HR.

3.      In preparation for making this declaration, I have reviewed the contents of the personnel files of Plaintiffs Sean Delnoce, Colin Russell, Brian Zimmerman, and Austin Edwards ("Plaintiffs") and their payroll information.

4.      Based on my review of Plaintiff Sean Delnoce's personnel file and payroll information, he worked as a manager for GlobalTranz from July 9, 2015 to the end of his employment on October 21, 2016.

5.      Based on my review of Plaintiff Brian Zimmerman's personnel file and payroll information, he worked in a non-exempt AP Support position for GlobalTranz from February 23, 2015 to the end of his employment on August 13, 2015 earning $15 per hour.

6.      Based on my review of Plaintiff Colin Russell's personnel file, in exchange for severance benefits, he signed a Full Waiver and Release of All Claims on June 8, 2016, waiving any and all potential claims he may have against GlobalTranz, including any claims under the Fair Labor Standards Act.  Attached hereto as **Exhibit "A"** is a true and correct copy of the Full Waiver and Release of All Claims that he signed.

///

///

///

LEWIS
BRISBOIS

4823-6714-9642.1

2

1      7.     Based on my review of Plaintiffs' personnel files, their payroll information,
2  and employee rosters for GlobalTranz from April 2014 to April 2017, none of the
3  Plaintiffs worked at the Prescott Valley office.
4      I declare under penalty of perjury under the laws of the State of Arizona that the
5  foregoing is true and correct and that this declaration was executed on June 19, 2017, at
6  Scottsdale, Arizona.
7
8                                        Lisa Elowson
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEWIS
BRISBOIS

4823-6714-9642.1                        3

Exhibit "A"

# GLOBALTRANZ®
## FREIGHT DRIVEN BY TECHNOLOGY

### GLOBALTRANZ
### FULL WAIVER AND RELEASE OF ALL CLAIMS

In exchange for severance benefits, I hereby waive and release any and all potential claims I may have against GlobalTranz (the "Company") and/or its parent company, subsidiaries, affiliates, related companies, officers, owners, directors, employees, representatives, insurers, and assigns (hereinafter collectively referred to as "Releasees"), arising out of my employment with the Company and/or separation from such employment. This Release includes, without limitation, any claim, demand or cause of action that I have, had, or may have had, whether known or unknown, the Civil Rights Acts of 1964 and 1991, the Civil Rights Act of 1866 ("Section 1981"), the Labor Management Relations Act, the Fair Labor Standards Act, the Americans with Disabilities Act, the Pregnancy Discrimination Act, the Family and Medical Leave Act, the Employee Retirement Income Security Act of 1974, the Worker Adjustment and Retraining Notification Act, any applicable state civil rights act, any claim for workers' compensation, any other federal or state statute or local ordinance, or any common law cause of action including, without limitation, claims for breach of contract, compensation or wages, wrongful discharge, retaliation, tort, violation of public policy, infliction of emotional distress, personal injury, or any other claim, including claims for attorneys' fees.

I agree not to bring any lawsuit or proceeding against the Releasees, or any of them, for any matter arising out of or related to my employment with the Company and/or my separation from that employment. Although I may still file an administrative charge relating to my employment with the appropriate federal or state agency, I understand that this Release precludes me from recovering any relief as a result of any charge, lawsuit, or proceeding brought by me or on my behalf arising out of or related to my employment and/or separation.

I agree that I will not make, or cause to be made, any statement to third parties that disparages, is inimical to, or damages the reputation of any of the Releasees. I understand that this provision does not affect my legal rights under federal or state law concerning protected activity.

After my employment terminates, I agree that I will not use or disclose any Company confidential, proprietary, or trade secret information including, but not limited to, business practices; know-how; financial information; customer information and lists; prospective customer (defined as prospects where the Company has engaged in efforts in the previous 12 months to acquire business) information and lists; identification of employees and independent contractors of the Company; management information and strategies; marketing and advertising strategies; details of customer and supply contracts; supply lists; price lists for the Company's and the Company's suppliers' products; information relating to the Company's suppliers' pricing, rebates, and/or invoicing terms; the Company's method and manner of operation; and customer requirements, preferences or methods of operation as laid out in the "Employee proprietary information, inventions and non-solicitation" agreement signed by me on 5/13/2013.

Page 1 of 2

# GLOBALTRANZ®

FREIGHT DRIVEN BY TECHNOLOGY

I agree that I will immediately return all property in my possession or control belonging to Company, including but not limited all equipment, keys, documents, databases, financial information, employee lists, marketing materials, customer lists, customer information, pricing information, and all other Company information and materials. I also agree to delete from any personal digital storage device all company records, information, or other data stored in these devices.

I acknowledge that I am hereby advised, in writing, to consult with an attorney of my own choosing prior to signing this Release. I also acknowledge that I was given at least fourteen (14) calendar days after receipt of this release to decide whether to sign this release.

This Release shall become effective and enforceable upon signing.

I have or will return to the Company all equipment and other property belonging to the Company. I have also permanently deleted or erased all company records, files, or proprietary information from my personnel digital storage devices.

This Release is governed by the laws of the State of Arizona and, where applicable, federal law, and any dispute arising in connection with this Release shall be brought in Maricopa County, Arizona. I hereby consent to the personal jurisdiction of the State and Federal Courts located in Maricopa County, Arizona. The provisions of this Release are severable. If any provision is held to be invalid or unenforceable, it shall not affect the validity or enforceability of any other provision.

This Release does not supersede any prior duties or agreements I have with the Company or its parent and/or subsidiaries regarding confidentiality and nondisclosure of confidential, proprietary, and/or trade secret information; non-competition and/or non-solicitation agreements; or any other agreement that continues beyond my employment relationship with the Company.

By my signature below, I affirm that my election to sign this Full Waiver and Release of All Claims is completely voluntary based upon advice of my own choosing.

Colin Russell
Print Employee Name

*Colin Russell*
Employee Signature

6-8-2016
Date

## FEDERAL COURT PROOF OF SERVICE

Sean Delnoce v. GlobalTranz Enterprises - 34464-148 - Case No. 2:17-CV-01278-MHB

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 20, 2017, I served the following document(s): DECLARATION OF LISA ELOWSON IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO MOTION FOR CONDITIONAL CERTIFICATION AND COURT-SUPERVISED NOTICE OF PENDING COLLECTIVE ACTION

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Clifford P. Bendau, II,Esq.                         Attorneys for Plaintiffs
Christopher J. Bendau, Esq.
THE BENDAU LAW FIRM PLLC
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fascimile: (602) 956-1409
Email: cliffordbendau@bendaulaw.com
       chris@bendaulaw.com

The documents were served by the following means:

☒  (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 20, 2017, at Los Angeles, California.

_____
Geraldine Hughes

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4823-6714-9642.1