# THE BENDAU LAW FIRM, PLLC

# Exhibit A

## CONSENT TO JOIN

   I agree to join the lawsuit ***Delnoce v. GlobalTranz Enterprises, Inc..*** ("the Lawsuit") to pursue owed wages under the Fair Labor Standards Act.

   I select The Bendau Law Firm PLLC and any of their associated attorneys ("the Firm"), to represent me in the Lawsuit and, along with Sean Delnoce, Colin Russell, Brian Zimmerman, and Austin Edwards, to make decisions on my behalf, including how to conduct the Lawsuit, settlement, and all other matters related to the Lawsuit.  I agree to provide the Firm Forty (40%) of any recovery they obtain on my behalf in the Lawsuit or the reasonable hourly value of their legal services for the time expended in the Lawsuit, as paid by Defendants, whichever is greater.  If no recovery is obtained, no fee is owed by me.  I authorize the Firm to deduct from any recovery my pro rata share of any reasonable costs incurred by the Firm on my behalf.

Printed Name:   Carl Scott Olson

Signature: _[signature]_

Date:   10/26/2017

***Note: This Lower Portion Will Not Be Filed With the Court***

[redacted]

## Signature Certificate

 **Document Reference:** GU752NJJ52DLUPN6YHGAYX





**Carl Scott Olson**
Party ID: 6NDHKHJSCKJZ9ES7ZMXM5E
IP Address: 68.231.102.130

| VERIFIED EMAIL: | carlsolson1302@yahoo.com |



Multi-Factor
**Digital Fingerprint Checksum**   a9c3822495e0ad6d91f95d13e14a33058a7c41df



| Timestamp | Audit |
|---|---|
| 2017-10-26 10:43:13 -0700 | All parties have signed document. Signed copies sent to: Cliff Bendau and Carl Scott Olson. |
| 2017-10-26 10:43:12 -0700 | Document signed by Carl Scott Olson (carlsolson1302@yahoo.com) with drawn signature. - 68.231.102.130 |
| 2017-10-26 10:43:11 -0700 | Carl Scott Olson verified email address 'carlsolson1302@yahoo.com'. - 68.231.102.130 |
| 2017-10-26 10:42:28 -0700 | Generated Document from Online Form DELNOCE OPT-IN CONSENT FORM PRE-CC; 05-01-17 (DELNOCE-OPT-IN-CO-150761). - 68.231.102.130 |
| 2017-10-26 10:25:28 -0700 | Online Form viewed by Carl Scott Olson (carlsolson1302@yahoo.com). - 68.231.102.130 |



This signature page provides a record of the online activity executing this contract.

Page 1 of 1

## CONSENT TO JOIN

   I agree to join the lawsuit ***Delnoce v. GlobalTranz Enterprises, Inc..*** ("the Lawsuit") to pursue owed wages under the Fair Labor Standards Act.

   I select The Bendau Law Firm PLLC and any of their associated attorneys ("the Firm"), to represent me in the Lawsuit and, along with Sean Delnoce, Colin Russell, Brian Zimmerman, and Austin Edwards, to make decisions on my behalf, including how to conduct the Lawsuit, settlement, and all other matters related to the Lawsuit.  I agree to provide the Firm Forty (40%) of any recovery they obtain on my behalf in the Lawsuit or the reasonable hourly value of their legal services for the time expended in the Lawsuit, as paid by Defendants, whichever is greater.  If no recovery is obtained, no fee is owed by me.  I authorize the Firm to deduct from any recovery my pro rata share of any reasonable costs incurred by the Firm on my behalf.

Printed Name: william whitmire

Signature: _[signature]_

Date: 10/09/2017

***Note: This Lower Portion Will Not Be Filed With the Court***

[redacted]

## Signature Certificate



 **Document Reference:** `JNXTP2IKD5N74DEBKIVM4L`



william whitmire
Party ID: G6PHXMJWAJSMVSH2EK3TXE
IP Address: 98.191.176.51

**VERIFIED EMAIL:** wwhitmire@circledelivers.com



Multi-Factor
**Digital Fingerprint Checksum**  `1337b450bb5e6f9b667fd25be583e82cb44ef90b`



| Timestamp | Audit |
|---|---|
| 2017-10-09 15:10:19 -0700 | All parties have signed document. Signed copies sent to: Cliff Bendau and william whitmire. |
| 2017-10-09 15:10:18 -0700 | Document signed by william whitmire (wwhitmire@circledelivers.com) with drawn signature. - 98.191.176.51 |
| 2017-10-09 15:10:17 -0700 | william whitmire verified email address 'wwhitmire@circledelivers.com'. - 98.191.176.51 |
| 2017-10-09 15:10:03 -0700 | Generated Document from Online Form DELNOCE OPT-IN CONSENT FORM PRE-CC; 05-01-17 (DELNOCE-OPT-IN-CO-150761). - 98.191.176.51 |
| 2017-10-09 15:07:43 -0700 | Online Form viewed by william whitmire (wwhitmire@circledelivers.com). - 98.191.176.51 |



This signature page provides a record of the online activity executing this contract.

Page 1 of 1